1   E. MARTIN ESTRADA
    United States Attorney
2   DAVID M. HARRIS
    Assistant United States Attorney
3   Chief, Civil Division
4   CEDINA M. KIM
    Assistant United States Attorney
5   Senior Trial Attorney, Civil Division
6   TINA L. NAICKER, CSBN 252766
7   Special Assistant United States Attorney
        Office of Program Litigation, Office 7
8       Office of the General Counsel
9       Social Security Administration
        6401 Security Boulevard
10      Baltimore, MD 21235
        Telephone: 510-970-4842
11      Email: tina.naicker@ssa.gov
12
13  Attorneys for Defendant
14
                    UNITED STATES DISTRICT COURT
15                  CENTRAL DISTRICT OF CALIFORNIA
16
17  NANCY L. C.,                          No. 2:24-cv-05142-E

18              Plaintiff,                 [PROPOSED] JUDGMENT OF
                                           REMAND
19  v.

20  MARTIN O'MALLEY,

21  Commissioner of Social Security,

22              Defendant.

23
24
25
26
27
28

1       The Court, having approved the parties' Stipulation to Voluntary Remand

2   Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

3   ("Stipulation to Remand") lodged concurrent with the lodging of the within

4   Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

5   **DECREED** that the above-captioned action is remanded to the Commissioner of

6   Social Security for further proceedings consistent with the Stipulation to Remand.

7

8

9   DATED: _10/16/24_____     _____

                                     HON. CHARLES F. EICK

10                                  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28